IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02058-PAB-MJW

ALLSTATE INSURANCE COMPANY,

Plaintiff(s),

v.

PAUL J.  NELSON, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that Plaintiff's Unopposed Motion for an Expedited Order Certifying Contempt and Compelling the Deposition of Alexander Stephen Fritts (docket no. **25**) is MOOT and therefore DENIED, since the parties have settled their case during a settlement conference conducted by Magistrate Judge Watanabe on June 30, 2009.


Date:    July 01, 2009